**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| JULIUS H. SCHOEPS, BRITT-MARIE ENHOERNING, and FLORENCE VON KESSELSTATT,<br><br>Plaintiffs,<br><br>v.<br><br>SOMPO HOLDINGS, INC., SOMPO INTERNATIONAL HOLDINGS LTD., SOMPO FINE ART FOUNDATION, and SOMPO JAPAN INSURANCE INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No.: 1:22-CV-07013<br><br>Honorable Jeremy C. Daniel |

**UNOPPOSED MOTION FOR LEAVE OF COUNSEL TO WITHDRAW**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, attorneys John W. Rotunno, Desirée F. Moore, and Matthew A. Alvis of K&L Gates LLP ("Counsel") hereby respectfully move the Court for entry of an Order granting them leave to withdraw as counsel of record for Plaintiffs Julius H. Schoeps, Britt-Marie Enhoerning, and Florence von Kesselstatt ("Plaintiffs"). In support of this motion, Counsel state as follows:

1. John W. Rotunno, Desirée F. Moore, and Matthew A. Alvis of K&L Gates LLP appeared in this action as counsel for Plaintiffs on December 13, 2022.

2. Plaintiffs also have been and are represented in this action by Thomas J. Hamilton and John J. Byrne, Jr. of Byrne Goldenberg & Hamilton, PLLC. Messrs. Hamilton and Byrne filed motions for leave to appear *pro hac vice*, which were granted by Judge Manish S. Shah on March 10, 2023. (*See* ECF Nos. 10-12)

1

3. Plaintiffs have retained Marty J. Schwartz of Schain Banks Kenny & Schwartz Ltd. to serve as local counsel in this action. Mr. Schwartz entered his appearance in this action on October 13, 2023. (*See* ECF No. 49) Mr. Schwartz has been representing Plaintiffs since that date.

4. Accordingly, Counsel seek leave to withdraw as Plaintiffs' counsel of record.

5. Counsel has contacted Daniel T. Graham of Clark Hill PLC, attorneys for Defendants, and Mr. Graham has affirmed that Defendants do not oppose this motion.

6. No party will be prejudiced by this withdrawal.

WHEREFORE, attorneys John W. Rotunno, Desirée F. Moore, and Matthew A. Alvis respectfully request that the Court enter an Order granting them leave to withdraw as Plaintiffs' counsel of record in this action.

Dated: October 31, 2023    Respectfully submitted,

*/s/ John W. Rotunno*
John W. Rotunno
john.rotunno@klgates.com
Desirée F. Moore
desiree.moore@klgates.com
Matthew A. Alvis
matthew.alvis@klgates.com

**K&L GATES, LLP**
70 West Madison Street
Suite 3300
Chicago, Illinois 60602
Telephone: (312) 372-1121
Facsimile: (312) 827-8000

**CERTIFICATE OF SERVICE**

The undersigned certifies that on **October 31, 2023**, the foregoing **Unopposed Motion for Leave of Counsel to Withdraw** was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois by filing through the CM/ECF system, which served a copy of the foregoing upon all counsel of record.

*/s/ John W. Rotunno*
John W. Rotunno
