IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIUS H. SCHOEPS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:22-cv-07013 |
| ) | |
| v. ) | Honorable Judge Jeremy C. Daniel |
| ) | |
| SOMPO HOLDINGS, INC., *et al*., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF INTENT TO RAISE AN ISSUE OF
FOREIGN LAW, PURSUANT TO FED.R.CIV.P 44.1**

Plaintiffs Julius H. Schoeps, Britt-Marie Enhoerning and Florence von Kesselstatt, by and through their attorneys of record, Byrne Goldenberg & Hamilton, PLLC, and Schain Banks Kenny & Schwartz Ltd., hereby give notice of their intent to raise issues of foreign law, including but not limited to the German law of inheritance and standing to file suit. The accompanying Declaration of German law expert Dr. Ulf Bischof (Bischof Declaration), attached as Exhibit 4 to *Plaintiffs' Memorandum in Opposition to Defendants' Motion To Dismiss,* discusses, among other issues, why the plaintiffs in this action have standing to file suit in their personal capacities under German law.

| | |
|---|---|
| Thomas J. Hamilton (admitted *pro hac vice*) | Respectfully submitted, |
| John J. Byrne, Jr. (admitted *pro hac vice*) | |
| **BYRNE, GOLDENBERG &** | JULIUS H. SCHOEPS, BRITT-MARIE |
| **HAMILTON, PLLC** | ENHOERNING, and FLORENCE VON |
| 1025 Connecticut Avenue, N.W., Suite 1012 | KESSELSTATT |
| Washington, D.C. 20036 | |
| Telephone: (202) 857-9775 | By: /s/ Thomas J. Hamilton |
| Facsimile: (202) 857-9779 | One of their attorneys |
| E-mail: jjb@bghpllc.com | |
| tj.ham@cox.net | |

Marty J. Schwartz
Schain Banks
70 W. Madison St., Ste. 5400
Chicago, IL 60602
312-345-5700
mschwartz@schainbanks.com