## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Schoeps et al,

Plaintiff(s),

v.

Sompo Holdings, Inc, et al,

Defendant(s).

Case No. 22 CV 7013
Judge Jeremy C. Daniel

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) Schoeps et al.
and against plaintiff(s) Sompo Holdings, Inc. et al.

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☐ decided by Judge Jeremy C. Daniel on a motion to dismiss.

Date: 6/3/2024

Thomas G. Bruton, Clerk of Court

Vettina Franklin, Deputy Clerk